UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALFRED MONTANEZ III and HEATHER M. BAUER-ATHERTON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, a corporation registered to do business in California, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00271-JVS (KKx)<br><br>**ORDER APPROVING [AMENDED] STIPULATED PROTECTIVE ORDER**<br><br>**NOTE CHANGES MADE BY COURT** |

# ORDER

Pursuant to the parties' Amended Stipulated Protective Order, dkt. 17, and Statement of Good Cause, dkt. 16, the Court finds good cause to approve the Amended Stipulated Protective Order, dkt. 17, subject to the following modifications:

1. ¶ 6.1 shall be edited to strike "entered December 9, 2020."

2. ¶¶ 6.2 and 6.3 are stricken and replaced with the following paragraphs:

6.2   <u>Meet and Confer</u>.   The Challenging Party shall initiate the dispute resolution process under Local Civil Rules 37.1-37.4.

6.3   The burden of persuasion in any such challenge proceeding shall be on the Designating Party.  Frivolous challenges, and those made for an improper purpose (e.g., to harass or impose unnecessary expenses and burdens on other parties) may expose the Challenging Party to sanctions.  Unless the Designating Party has waived or withdrawn the confidentiality designation, all parties shall continue to afford the material in question the level of protection to which it is entitled under the Producing Party's designation until the Court rules on the challenge.

The Amended Stipulated Protective Order, dkt. 17, is APPROVED subject to the above modifications.

DATED:  January 26, 2021

_____
Honorable Kenly Kiya Kato
UNITED STATES MAGISTRATE JUDGE