Robert H. Ziprick (SBN 069571)
Jonathan R. Ziprick (SBN 283843)
ZIPRICK & ASSOCIATES, LLP
1233 Brookside Avenue, Suite A
Redlands, CA 92373-4402
Telephone: (909) 798-5005
Facsimile: (909) 793-8944

Attorneys for Plaintiffs
Alfred Montanez III and Heather Bauer-Atherton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MONTANEZ III and HEATHER M. BAUER-ATHERTON<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, a corporation registered to do business in California, and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 5:20-cv-00271-JVS-KK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [FRCP 41(a)]**<br><br>Hon. James V. Selna<br><br>Federal Action Filed: 02/11/2020<br>State Court Action Filed: 03/08/2019 |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as agreed upon in their settlement agreement and as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

DATED: October 25, 2021

_____
James V. Selna
U.S. District Judge